# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

### ELKINS DIVISION

CAROL TODD,

> Plaintiff,

v.                                                    CIVIL ACTION NO. 2:04-cv-00040

SALLY HARDY, et al.,

> Defendants.

### ORDER

Pending before the court is the plaintiff's motion to enforce settlement agreement [Docket 123]. For reasons appearing to the court, the motion is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        September 27, 2007

Joseph R. Goodwin, Chief Judge